IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BRYAN DEANGELO AROMAYE          §
                                §
                                §
VS.                             §          C.A. NO. 6:24-cv-188
                                §
U.S. BANK TRUST NATIONAL        §
ASSOCIATION, NOT IN ITS INDIVIDUAL §
CAPACITY, BUT SOLEY AS DELAWARE §
TRUSTEE FOR B4 RESIDENTIAL      §
MORTGAGE TRUST                  §

## **O R D E R**

On this day, came on to be heard Defendants, U.S. Bank Trust National Association, Not in its Individual Capacity, But Solely as Delaware Trustee for B4 Residential Mortgage Trust, Fay Servicing, LLC, and RTL REO LLC's (collectively "**Defendants**") Motion for Judgment on the Pleadings (the "**Motion**").  The Court, having considered the Motion and the response, if any, is of the opinion that the Motion should be, in all things, **GRANTED**.

It is therefore **ORDERED** that all claims by Plaintiff, Bryan Deangelo Aromaye and against Defendants are hereby dismissed with prejudice.