IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BRYAN DEANGELO EUGENE AROMAYE, Trustee of DOMINUS LITIS EXPRESS TRUST<br>Plaintiff,<br><br>Vs.<br><br>U. S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS DELAWARE TRUSTEE FOR B4 RESIDENTIAL MORTGAGE TRUST, FAY SERVICING, LLC, JASON KARESH WEISS, DECUBA & LEWIS LAW GROUP, P.A., MARY COMPANY, RTL REO LLC<br><br>Defendants. | CIVIL ACTION NO.<br>6: 24-CV-00188-JCB |

## ORDER GRANTING PLAINTIFF'S MOTION TO CHALLENGE STANDING OF DEFENDANT'S LEGAL COUNSEL

### INTRODUCTION

This matter comes now before the Court on Plaintiff's Motion to Challenge the Standing of Defendant's Legal Counsel. Upon consideration of the motion, the response, and the applicable law, the Court finds as follows:

### FINDING OF FACT

1. Plaintiff filed motion challenging the standing of Defendant's legal counsel on September 24, 2024.

2. The Court has reviewed the evidence or lack thereof and arguments presented by both parties.

## CONCLUSION OF LAW

1. This Court has subject matter jurisdiction over the controversy because the claims asserted in this Petition, arose, in whole or in part, in HENDERSON COUNTY, Texas and the amount in controversy exceeds the minimal jurisdictional limits of the court.

2. Based on the evidence or lack there of being submitted unto the Court, the Court concludes that Defendant's legal counsel does not meet the necessary requirements to represent the Defendants in this case.

## ORDER

It is hereby **ORDERED** that:

1. Plaintiff's Motion to Challenge the Standing of Defendant's Legal Counsel is GRANTED.

2. Defendant's current legal counsel is disqualified from representing the Defendant in this matter.

3. Defendants must secure new legal representation within [    ] days from the date of this Order.

SO ORDERED this

_____

UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION TO CHALLENGE STANDING OF DEFENDANT'S LEGAL COUNSEL