IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRYAN DEANGELO AROMAYE | § § § | |
| VS. | § § § | C.A. NO. 6:24-cv-188-JCB |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS DELAWARE TRUSTEE FOR B4 RESIDENTIAL MORTGAGE TRUST | § § § § § § | |

## DECLARATION OF MICHAEL F. HORD, JR. REGARDING PROOF OF SERVICE OF DEFENDANT'S ORIGINAL COUNTERCLAIMS

STATE OF TEXAS § § 
COUNTY OF HARRIS §

1. "My name is Michael F. Hord, Jr. I am over 21 years of age, of sound mind, and fully capable of making this Declaration.

2. I am an attorney licensed to practice law in the State of Texas, including the Federal District in which the above styled suit has been filed and is pending. I am currently employed by the law firm of Hirsch & Westheimer, P.C. which is the firm representing U.S. Bank Trust National Association, Not in its Individual Capacity, But Soley as Delaware Trustee for B4 Residential Mortgage Trust in this case. I am the primary attorney working on this file within my firm.

3. On November 18, 2024, my office mailed a copy of the Defendant's Original Counterclaims that were previously filed in this action as Docket No. 8 to Plaintiff Bryan Deangelo Aromaye ('**Plaintiff**') by Certified Mail Return Receipt Requested. The document was mailed to 610 Uptown Blvd., Suite 2000, Cedar Hill, Texas 75104, which is the same address included by Plaintiff in his filings in this action.

**EXHIBIT 1**

20170194.20240338/5490590.1

4.  According to a signed green card as well as tracking information from the United States Postal service, Defendant's Original Counterclaims were served on and delivered to Plaintiff on November 21, 2024.

5.  Attached to this Declaration and to Defendant's Amended Request for Entry of Default Judgment Against Plaintiff on Defendant's Counterclaims as Exhibit 1-A are true and correct copies of the United States Postal Service Certified Mail Receipt showing proof of mailing to Plaintiff by Certified Mail of Defendant's Counterclaims in this action on November 18, 2024, the green card for such mailing indicating actual delivery to Plaintiff, and a USPS tracking sheet further confirming delivery of Defendant's Original Counterclaims to Plaintiff on November 21, 2024.

6.  As of December 17, 2024, the Court's Docket in this matter indicates that Plaintiff has not filed any known responsive pleading to Defendant's Counterclaims in this action.

7.  I have read the foregoing Declaration, and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

_____
Michael F. Hord, Jr.

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2197 1872 31

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Postmark Here — SAM HOUSTON — NOV 18 2024

Sent to: Bryan Deangelo Eugene Aromaye
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104

Reference Information
M. Hord
20170184-20240338.DefCounterClaims

PS Form 3800, Facsimile, July 2015

---

Return Receipt (Form 3811) Barcode

9590 9266 9904 2197 1872 34

1. Article Addressed to:
Bryan Deangelo Eugene Aromaye
610 Uptown Blvd., Suite 2000
Cedar Hill, TX 75104

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2197 1872 31

PS Form 3811, Facsimile, July 2015

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): T. SOTO (?)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

Reference Information
20170184-20240338.DefCounterClaims
M. Hord

Domestic Return Receipt

**EXHIBIT 1-A**

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS T…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414726699042197187231

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:14 am on November 21, 2024 in CEDAR HILL, TX 75104.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
CEDAR HILL, TX 75104
November 21, 2024, 9:14 am

Feedback

**Departed USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
November 21, 2024, 3:29 am

**Arrived at USPS Regional Facility**
DALLAS TX DISTRIBUTION CENTER
November 20, 2024, 4:25 pm

**Arrived at USPS Regional Facility**
NORTH HOUSTON TX DISTRIBUTION CENTER
November 19, 2024, 12:01 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

Feedback