IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRYAN DEANGELO AROMAYE | § § § | |
| VS. | § § | C.A. NO. 6:24-cv-188-JCB |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS DELAWARE TRUSTEE FOR B4 RESIDENTIAL MORTGAGE TRUST | § § § § § § | |

## CLERK'S ENTRY OF DEFAULT

On this _____ day of _____, 2024, it appearing from the pleadings on file that Plaintiff, Plaintiff Bryan Deangelo Aromaye, has failed to plead or otherwise defend against U.S. Bank Trust National Association, Not in its Individual Capacity, But Solely as Delaware Trustee for B4 Residential Mortgage Trust's ("Defendant") Counterclaims herein as provided by the Federal Rules of Civil Procedure:

Now, therefore, DEFAULT is hereby entered against Plaintiff Bryan Deangelo Aromaye and in favor of Defendant on all of Defendant's Counterclaims:

By:_____
   Deputy-in-Charge