IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRYAN DEANGELO AROMAYE | § § § | |
| VS. | § § | C.A. NO. 6:24-cv-188-JCB |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS DELAWARE TRUSTEE FOR B4 RESIDENTIAL MORTGAGE TRUST | § § § § § | |

**ORDER ON ENTRY OF DEFAULT**

After considering Defendant U.S. Bank Trust National Association, Not in its Individual Capacity, But Solely as Delaware Trustee for B4 Residential Mortgage Trust's ("Defendant") request for entry of default on Defendant's Counterclaims against Plaintiff Bryand Deangelo Aromaye, the Court's Docket, and other evidence on file, the Court FINDS that the record supports entry of default and ORDERS the clerk to enter default.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE