Kaufman County
**Laura Hughes**
**County Clerk**

# Instrument Number: 2023-0023905

**Billable Pages: 1**
**Number of Pages: 2**

| FILED AND RECORDED – REAL RECORDS | CLERKS COMMENTS |
|---|---|
| **On:** 08/24/2023 at 08:10 AM | E-RECORDING |
| **Document Number:** 2023-0023905 | |
| **Receipt No:** 23-22358 | **RECORDERS MEMORANDUM:** At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, photo-copy, discolored paper, etc. All black outs, additions and changes were present at the time the instrument was filed and recorded. |
| **Amount:** $ 26.00 | |
| **Vol/Pg:** V:8202 P:451 | |



**STATE OF TEXAS**
**COUNTY OF KAUFMAN**
I hereby certify that this instrument was filed on the date and time stamped hereon by me and was duly recorded in the Official Public Records of Kaufman County, Texas.

*Laura A. Hughes*

**Laura Hughes, County Clerk**

Recorded By: _____Beatriz Sauceda_____, Deputy

**ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.**

**Record and Return To:**
TITLE CLEARING & ESCROW, LLC
6102 S MEMORIAL DR
TULSA, OK   74133-1933

**EXHIBIT**

**1-B**

Recording Requested By:
Title Clearing and Escrow

When Recorded Return To:

Assignments and Lien Release
Title Clearing and Escrow
1601 LBJ Freeway Suite 150
Farmers Branch, TX 75234

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Henderson, Texas
Fay Servicing#: **6965, "Stand Strong Investments LLC," ANZ TCE-308881-TX TCE-308881-TX
TCE-308881-TX

Date of Assignment: 08/21/2023
Assignor: DOMINION FINANCIAL SERVICES, LLC at 32 South St, Baltimore, MD 21202
Assignee: U.S. Bank Trust National Association, not in its individual capacity, but solely as Delaware Trustee for B4
Residential Mortgage Trust at 1011 Centre Rd Suite 203, WILMINGTON, DE 19805

Executed By: Stand Strong Investments LLC, a Texas limited liability company To: Dominion Financial Services, LLC,
a Maryland limited liability company
Dated: 01-25-2022 Recorded: 01-26-2022 as Instrument No. 2022-00001426, Book/Reel/Liber N/A, Page/Folio N/A
In the County of Henderson, State of Texas.

Property Address: 1004 WILDWOOD WAY, TOOL, TX 75143

    KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of
Trust having an original principal sum of $227,500.00 with interest, secured thereby, and the full benefit of all the
powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys
unto the said Assignee, the Assignor's interest under the Deed of Trust.

    TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to
the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the
day and year first above written:

DOMINION FINANCIAL SERVICES, LLC
On _____8/31/23_____

By: _____Carmela Stone_____
    _____First Closing Manager_____
STATE OF Maryland
COUNTY OF Baltimore

On August 21, 2023 , before me, Tawana L. Guy , a Notary Public in and for
_____in the State of MD , personally appeared Carmela Stone of DOMINION
FINANCIAL SERVICES, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be
the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____Tawana L. Guy_____
_____Notary Public_____

NJ*7/11/2023 10:45:36 AM*-29603*-31193*1425*TXSTATE_TRUST_ASSIGN_ASSN

TAWANA L GUY
Notary Public - State of Maryland
Baltimore County
My Commission Expires Mar 31, 2026

#2023-0023905
Filed for Record in Kaufman County TX
08/24/2023 08:10:44 AM