**Henderson County**
# Mary Margaret Wright
**County Clerk**
**Athens, TX 75751**

---

Instrument Number: 2022-00014125

As

Recorded On: 07/27/202203:44 PM    Recordings - Land

Parties: AROMAYE BRYAN DEANGELO EUGENE

To: PUBLIC                    Number of Pages: 3 Pages

Comment:

(Parties listed above are for Clerks reference only)

**\*\*Examined and Charged as Follows:\*\***

---

Total Recording: 30.00

File Information:
    Document Number: 2022-00014125
    Receipt Number: 2022-14954
    Recorded Date/Time: 07/27/202203:44 PM

    Recorded By: Sonia Gonzalez

---

**\*\*\*\*\*\*\*DO NOT REMOVE. THIS PAGE IS PART OF THE INSTRUMENT\*\*\*\*\*\*\***

Any provision herein which restricts the Sale, Rental, or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.

I hereby certify that this instrument was filed and duly recorded
in the Official Records of Henderson County, Texas

County Clerk
Henderson County, Texas

---

**Record and Return To:**

JASON KARESH WEISS
9024 MARIE COURT

LORTON, VA 22079



EXHIBIT

1-C

2022-00014125    07/27/2022 03:44:16 PM    Page 2 of 3

# SUBSTITUTION OF TRUSTEE
# FULL RECONVEYANCE

**Bryan DeAngelo Eugene Aromaye,** acting in the capacity of settlor for **Dominion Financial Services,** as beneficiary under that certain Deed of Trust duly substitutes and appoints Dayan Eugene Aromaye as Trustee under said Deed of Trust, and having received from furnisher of the consideration there under a written request to reconvey, reciting that all sums secured by said Deed of Trust have been fully paid by recording the Promissory Note as a registered security, and said Deed of Trust and the note or notes secured thereby having been surrendered to said Trustee for cancellation, does hereby RECONVEY, without warranty, to the person or persons legally entitled thereto, the property now held by it there under. Said Deed of Trust was executed by Bryan Deangelo Eugene Aromaye and Aremu Michael Aromaye d/b/a **STAND STRONG INVESTMENTS, LLC** ("Trustor") to **DOMINION FINANCIAL SERVICES** ("Original Beneficiary"), and recorded in the official records of HENDERSON County, TEXAS, as follows:

Date Deed of Trust Recorded: JANUARY 26, 2022 as Instrument Number 2022-00001426. Promissory Note Dated: JANUARY 25, 2022 as Document Number 202200013281 Pages:8

PROPERTY ADDRESS: 1004 WILDWOOD WAY, TOOL, TEXAS 75143

PARCEL NUMBER: 4575-0000-0010-60

*LEGAL DESCRIPTION: AB 798 S WHITLEY SUR, WILDWOOD ACRES LT 1*

IN WITNESS WHEREOF, Bryan DeAngelo Eugene Aromaye, in the capacity as Settlor for DOMINION FINANCIAL SERVICES, LLC has caused its name and seal to be hereto affixed.

*Dayon Eugene Aromaye*

Dayan Eugene Aromaye, Substitute Trustee

DOMINION FINANCIAL SERVICES  LLC

By:   Bryan Deangelo Eugene Aromaye,
Settlor

1

**TEXAS ORDINARY CERTIFICATE OF ACKNOWLEDGMENT**
Civil Practice & Remedies Code § 121.007

The State of Texas

County of _Dallas_

Before me,

_LaTina Verna Bates_
*Name and Character of Notarizing Officer,*
*e.g., "John Smith, Notary Public"*
on this day personally appeared

_Bryan DiAngelo Eugene Akomaye_
*Name of Signer*

☐ known to me
☒ proved to me on the oath of
_Ann Louise Hill_
*Name of Credible Witness*

☒ proved to me through _Texas_
_Drivers License_
*Description of Identity Card or Document*

to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this

_27th_ day of _July_, _2022_
*Day*                  *Month*                *Year*

_____
*Signature of Notarizing Officer*

*Place Notary Seal and/or Stamp Above*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Substitution of Trustee Full Reconveyance_

Document Date: _July 27th 2022_     Number of Pages: _2 including cover sheet_

Signer(s) Other Than Named Above: _Dayan Eugene Akomaye_

©2020 National Notary Association