IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| BRYAN DEANGELO AROMAYE | § § § | |
| VS. | § § | C.A. NO. 6:24-cv-188-JCB |
| U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS DELAWARE TRUSTEE FOR B4 RESIDENTIAL MORTGAGE TRUST | § § § § § | |

## DEFAULT JUDGMENT ON DEFENDANT'S COUNTERCLAIMS

On this date came on to be considered, Defendant/Counterclaimant, U.S. Bank Trust National Association, Not in its Individual Capacity, But Soley as Delaware Trustee for B4 Residential Mortgage Trust's ("**Defendant**" or "**Trust**") Motion for Default Judgment against Bryan Deangelo Aromaye on all of Defendant's Counterclaims ("Plaintiff"). Having considered Defendant's Motion and the pleadings, Court's record, and evidence on file, the Court finds that the Motion is well taken and should be **GRANTED**.

The Court Clerk entered default on December 20, 2024 (Dkt. No. 24).

The Court finds that Plaintiff was served with Defendant's Counterclaims in accordance with the Federal Rules of Civil Procedure and failed to file a responsive pleading. It is therefore:

**ORDERED** that default judgment is rendered in favor of Defendant against Plaintiff, and it is **ORDERED AND DECLARED**, that Document Number 2022-00014125 filed in the real property records of Henderson County, Texas entitled "Substitution of Trustee Full Reconveyance" is hereby declared to be void and of no effect.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE